UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL LOWENSON, et al.,,

            Plaintiff(s),

  v.

STATE FARM FIRE AND CASUALTY COMPANY,

            Defendant(s).

CASE NO. C25-1617-KKE

ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES

Now before the Court is the parties' stipulated motion to extend certain pre-trial deadlines. Dkt. No. 20. Specifically, the parties seek to extend the deadlines for disclosure of expert testimony, discovery motions, and the completion of discovery. *Id.* Having reviewed the parties' stipulated motion and finding good cause, the Court GRANTS the parties' stipulated motion. Dkt. No. 20. The Court hereby modifies the existing pretrial scheduling order (Dkt. No. 14) as follows:

| Item | Deadline |
|---|---|
| Trial | 11/9/2026 (unchanged) |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 5/13/2026 |
| All motions related to discovery must be filed by | 6/13/2026 |
| Discovery must be completed by | 7/10/2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR | 7/13/2026 (unchanged) |

ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES - 1

| | |
|---|---|
| 7(d)). Such motions must be noted for consideration no later than 28 days after this date (see LCR 7(d)). | |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 9/10/2026 (unchanged) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 10/19/2026 (unchanged) |
| Trial briefs, joint brief on motions in limine, proposed voir dire questions, and deposition designations due | 10/26/2026 (unchanged) |
| Pretrial conference | TBD (unchanged) |

All other provisions of the Court's scheduling order (Dkt. No. 14) remain operative.

Dated this 16th day of January, 2026.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES - 2