UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL LOWENSON, et al.,,

                Plaintiff(s),

    v.

STATE FARM FIRE AND CASUALTY
COMPANY,

                Defendant(s).

CASE NO. C25-1617-KKE

ORDER ON MOTION FOR STIPULATED
PROTECTIVE ORDER

The parties filed a stipulated protective order. Dkt. No. 22. The filing does not comply with Local Rules W.D. Wash. LCR 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." A cursory review of the parties' proposed order reveals that it departs from the model. Dkt. No. 22. Therefore, the parties' request that the Court enter their proposed protective order (Dkt. No. 22) is DENIED, subject to re-filing in compliance with LCR 26(c)(2).

Dated this 29th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON MOTION FOR STIPULATED PROTECTIVE ORDER - 1