**The Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL LOWENSON and NORMA LOWENSON,

Plaintiffs,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

NO. 2:25-CV-01617-KKE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES

**Note on Motion Calendar: April 9, 2026**

This matter came before the Court on the parties' Stipulated Motion to Continue Trial Date and Pre-Trial Deadlines, and the Court having reviewed and considered the parties' Stipulated Motion:

IT IS HEREBY ORDERED:

1. The parties' Stipulated Motion to Continue Trial Date and Pre-Trial Deadlines is GRANTED.  Dkt. No. 29.

2. Trial in this matter is continued to March 29, 2027.

3. The Court Clerk shall issue a new case schedule in accordance with the new trial Date.

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRE-TRIAL
DEADLINES
NO. 2:25-CV-01617-KKE

- 1 -

Betts, Patterson & Mines, P.S.
One Convention Place
701 Pike Street, Suite 1025
Seattle, WA  98101-3915
(206) 292-9988

DATED this 9th day of April, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

BETTS, PATTERSON & MINES, P.S.

By _s/ Anthony Kirkwood_____
   Anthony Kirkwood, WSBA #58221
   Ryan Wolff, WSBA #61747
   701 Pike Street, Suite 1025
   Seattle WA  98101-3927
   Telephone: (206) 292-9988
   Facsimile: (206) 299-3880
   E-mail: tkirkwood@bpmlaw.com
   E-mail: rwolff@bpmlaw.com

*Attorneys for Defendant State Farm Fire
and Casualty Company*

RUIZ & SMART LLP

By _s/ Isaac Ruiz_____
   Isaac Ruiz, WSBA #35237
   901 5th Ave Ste 820
   Seattle, WA 98164-1005
   Telephone: (206) 203-9100
   Facismile: (206) 785-1702
   E-mail: iruiz@ruizandsmart.com

*Attorney for Plaintiffs*

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRE-TRIAL
DEADLINES                                    - 2 -
NO. 2:25-CV-01617-KKE

Betts, Patterson &
Mines, P.S.
One Convention Place
701 Pike Street, Suite 1025
Seattle, WA  98101-3915
(206) 292-9988

25-1617 Lowenson v. State Farm Stip Mot Continue Trial Date/040926 1335/8544-0081