HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| MICHAEL LOWENSON and NORMA LOWENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:25-cv-01617-KKE<br><br>STIPULATED MOTION AND ORDER TO EXTEND CERTAIN PRETRIAL DEADLINES |

## I. STIPULATION

The parties stipulate and agree to move the Court for an order extending certain pretrial deadlines for an additional time to complete their opinions and reports based on further discovery.

The parties do not anticipate a need for trial continuance or an additional extension of the remaining pretrial deadlines at this time.

The parties propose extending the following deadlines:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony FRCP 26(a)(2) due | August 31, 2026 | September 21, 2026 |
| Rebuttal expert testimony under FRCP 26(a)(2)(D)(ii) due | September 30, 2026 | October 21, 2026 |
| All motions related to discovery must be filed by | September 30, 2026 | October 30, 2026 |

RESPECTFULLY SUBMITTED August 3, 2026.

**BETTS, PATTERSON & MINES, P.S.**

By: *s/ Anthony Kirkland*
Anthony Kirkwood, WSBA #58221
Ryan Wolff, WSBA #61747
701 Pike Street, Suite 1025
Seattle WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 299-3880
E-mail: tkirkwood@bpmlaw.com
E-mail: rwolff@bpmlaw.com

***Attorneys for Defendant***

**RUIZ & SMART LLP**

By: *s/Isaac Ruiz*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Brenna Pink Pampena
bpinkpampena@ruizandsmart.com
***Counsel for Plaintiffs Michael Lowenson and Norma Lowenson***

## II. ORDER

The Court GRANTS the parties' stipulated motion (Dkt. No. 33) and hereby modifies the existing pretrial scheduling order (Dkt. No. 31) as follows:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony FRCP 26(a)(2) due | August 31, 2026 | September 21, 2026 |

| | | |
|---|---|---|
| Rebuttal expert testimony under FRCP 26(a)(2)(D)(ii) due | September 30, 2026 | October 21, 2026 |
| All motions related to discovery must be filed by | September 30, 2026 | October 30, 2026 |

All other deadlines remain in effect.

Dated this 3rd day of August, 2026.

Kymberly K. Evanson
United States District Judge